UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBRA ROLLINGS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TURTLE ROCK CAFE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00717-JSC<br><br>**ORDER TO PLAINTIFF TO FILE STATUS REPORT** |

　　　　Plaintiff filed this ADA access case in February 2016.  According to the docket, Defendants have been served.  On March 28, 2016, the parties stipulated to extend the time for Defendants to respond to the complaint to April 27, 2016. (Dkt. No. 12.)  The docket does not reflect any activity since the filing of the stipulation.  Accordingly, on or before **June 21, 2016**, Plaintiff shall file a written status report with the Court.

　　　　**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge